UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDUARDO LOPEZ, for himself and on behalf of those similarly situated,

       Plaintiff,                    CASE NO.:   2:17-CV-00442-SPC-CM

vs.

REAL MONARCA INC, a Florida Profit Corporation, d/b/a MONARCA'S AUTHENTIC MEXICAN CUISINE BAR & GRILL, and GUILLERMO CUEVAS, Individually,

       Defendants.        /

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel, and hereby jointly file their Report Regarding Settlement in this matter.  The parties advise the Court that they:

| | |
|---|---|
| _____ | Have settled the case; |
| \_\_\_\_ | Have not settled the case but wish to continue settlement discussions and request an additional 2 weeks to continue discussing; |
| _____ | Wish to engage in a formal mediation conference before a specific mediator on or before a specific date; |
| _____ | Request a settlement conference before the United States Magistrate Judge; or |
|   X   | Have exhausted all settlement efforts and will file a Case Management Report signed by counsel for all parties within the next seven days. |

Respectfully submitted this 1st day of March, 2018.

| | |
|---|---|
| **/s/ ANGELI MURTHY** | **/s/ JASON L. GUNTER** |
| ANGELI MURTHY, ESQ. | Jason L. Gunter |
| Florida Bar No. 088758 | Fla. Bar No. 0134694 |
| MORGAN & MORGAN, P.A. | Conor P. Foley |
| 600 N. Pine Island Road, Ste. 400 | Fla. Bar No. 111977 |
| Plantation, Florida 33324 | GUNTERFIRM |
| Telephone: (954) 318-0268 | 1514 Broadway, Suite 101 |
| Facsimile:  (954) 327-3016 | Fort Myers, FL 33901 |
| E-mail: amurthy@forthepeople.com | Phone: (239) 334–7017 |
| *Trial Counsel for Plaintiffs* | Fax: (239) 236–8008 |
| | Email: Jason@Gunterfirm.com |
| | Email: Conor@Gunterfirm.com |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will send notification of such filing to all counsel of record.

**/s/ ANGELI MURTHY**
ANGELI MURTHY, ESQ.