UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDUARDO LOPEZ, for himself and on
behalf of those similarly situated

        Plaintiff,

v.                                                 Case No: 2:17-cv-442-FtM-38UAM

REAL MONARCA INC and
GUILLERMO CUEVAS,

        Defendants.
_____/

## **OPINION AND ORDER**[1]

Before the Court is Magistrate Judge Douglas N. Frazier's Report and Recommendation. (Doc. 73). Judge Frazier recommends granting the parties' Renewed Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal with Prejudice (Doc. 72) and approving their Settlement Agreement (Doc. 72-1). (Doc. 73 at 1, 5). The parties filed a Joint Notice of Non-Objection to the Report and Recommendation, stating that neither objects. (Doc. 74). The matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. See 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright,*

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration and an independent review of the file, the Court accepts and adopts the Report and Recommendation (Doc. 73) in full.

Accordingly, it is now **ORDERED:**

1. The Report and Recommendation (Doc. 73) is **ACCEPTED and ADOPTED** and incorporated into this Order.

    a. The parties' Renewed Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal with Prejudice (Doc. 72) is **GRANTED**.

    b. The Settlement Agreement (Doc. 72-1) is **APPROVED** as a fair and reasonable resolution of the parties' bona fide dispute.

2. The action is **DISMISSED with prejudice**.

3. The Clerk is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of March, 2019.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record